IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARRIO D. WILLIAMS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-0343
LT Case No. 2012-CF-1233

Decision filed May 23, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Rachael E. Reese, of O'Brien Hatfield Reese P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, JAY and SOUD, JJ., concur.